1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

JOHN ROBERT DEMOS, JR.,

9

Plaintiff,

CASE NO. C20-826-RSM

10

v.

**ORDER**

11

CHIEF JUDGES,

12

Defendants.

13

14   The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

15   Tsuchida, Chief United States Magistrate Judge and the remaining record, finds and **ORDERS**

16   as follows:

17        1.   The Report and Recommendation is **ADOPTED**;

18        2.   Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

19        3.   This matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) and

20             standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash.

21             Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos*,

22             (W.D. Wash. Dec. 15, 1982); and

23        4.   The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

ORDER - 1

DATED this 26th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2